## DISMUKES V. DISMUKES.

(Decided July 2nd, 1907.   Rehearing denied Dec. 19th, 1907.)

Appeal from Coffee Chancery Court.
Heard before Hon. W. L. Parks.
Foster, Samford & Carroll, for appellant.
H. L. Martin, for appellee.
Affirmed.   Opinion by Simpson, J.

---

## ELMORE V. THE STATE.

(Decided Jan. 23rd, 1908.)

Appeal from Montgomery City Court.
Heard before Hon. W. H. Thomas.
John A. Elmore, for appellant.
Alexander M. Garber, Attorney General, for State.
Affirmed.   Opinion by Tyson, C. J.

---

## EUGENE V. THE STATE.

(Decided Jan. 16, 1908.)

Appeal from Jefferson Criminal Court.
Heard before Hon. D. A. Greene.
William Conniff, for appellant.   Alexander M.
Garber, Attorney-General, for the State.
Affirmed.   Opinion by McClellan, J.
Tyson, C. J., Dowdell and Anderson, JJ., concur.